IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Anthony L. Mann, | ) | C/A No. 0:19-2589-SAL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING DEFENDANTS'** |
| | ) | **MOTION TO DEPOSE PLAINTIFF** |
| SCDC; Sgt. Moore; Capt. McCullough; Lt. Gregg; Sgt. Green; Sgt. Name unknown at present; Capt. Rogers, | ) ) ) | **ANTHONY MANN VIA TELEPHONIC MEANS** |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before me upon Defendants' Motion to Take Plaintiff Anthony Mann's Deposition, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, requesting an Order granting Defendants' Motion to Depose Anthony L. Mann, #242498, in the above-referenced case. The Defendants specifically move pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure, requesting an Order to take Plaintiff's deposition via telephonic means at Lieber Correctional Institution of the South Carolina Department of Corrections or the institution where the inmate is housed within the South Carolina Department of Corrections.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED, that Defendants be granted leave to take the deposition of Anthony L. Mann, #242498, via telephonic means, within forty-five (45) days of this Order being granted, at Lieber Correctional Institution of the South Carolina Department of Corrections or the institution where the inmate is housed within the South Carolina Department of Corrections.

IT IS SO ORDERED.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 27, 2020
Columbia, South Carolina